Entered on Docket
November 15, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed November 12, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 09-41596 WJL |
| **LARRY ANTHONY CISNEROS and PATRICIA SOCORRO CISNEROS,** | Chapter 13 |
| Debtors. _____/ | ORDER APPROVING LOAN MODIFICATION |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Ocwen on the real property located at 2512 Winged Foot Road, Brentwood, CA 94513, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

**Attorneys for Debtors**
Patrick L. Forte
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612

**Chapter 13 Trustee**
Martha Bronitsky, Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612

**Debtors**
Larry Anthony Cisneros
Patricia Socorro Cisneros
2512 Winged Foot Road
Brentwood, CA 94513